# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130194(59)(60)(61)
13096(47)

THE GREATER BIBLE WAY TEMPLE OF
JACKSON,
             Plaintiff-Appellee,

v

CITY OF JACKSON, JACKSON PLANNING
COMMISSION, and JACKSON CITY COUNCIL,
             Defendants-Appellants.

SC: 130194
COA: 250863
Jackson CC: 01-003614-AS

_____

On order of the Chief Justice, the motion under State Bar Rule 15, sec 2 for temporary permission for David Shelton Parkhurst to appeal for *amicus* National League of Cities is GRANTED. The motion by the National League of Cities for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motions by defendants-appellants for extension to July 10, 2006 of the time for filing their briefs on appeal are GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2006

_____
Clerk